UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

| | |
|---|---|
| **GENKA POPOV, an individual;** | ) CASE NO: 3:17-cv-02688 |
| | ) |
| **Plaintiff,** | ) |
| | ) **PLAINTIFF'S VOLUNTARY** |
| vs. | ) **DISMISSAL OF ALL CLAIMS** |
| | ) **WITHOUT PREJUDICE** |
| | ) **AGAINST DEFENDANTS** |
| **UNIVERSITY PHYSICIANS &** | ) |
| **SURGEONS, INC., LONG TERM** | ) |
| **DISABILITY PLAN, an Employee Welfare** | ) |
| **Benefit Plan; THE NORTHWESTERN** | ) |
| **MUTUAL LIFE INSURANCE** | ) |
| **COMPANY, a Wisconsin Corporation; and** | ) |
| **DOES 1 through 5, inclusive,** | ) |
| | ) |
| **Defendants.** | ) |

Plaintiff, Genka Popov, by counsel, Mark F. Underwood of Underwood Law Offices, pursuant to *Rule 41(a)(1)(A)(i)* of the *Federal Rules of Civil Procedure* hereby voluntarily dismisses all of her claims without prejudice against Defendants, University Physicians & Surgeons, Inc., Long-Term Disability Plan and The Northwestern Mutual Life Insurance Company.

**DATE: 7/11/2017**

              **UNDERWOOD LAW OFFICES**

              By: **/s/ Mark F. Underwood**
                **Mark F. Underwood, WVSB #7023**
                **923 Third Avenue**
                **Huntington, WV 25701**
                **Telephone: (304) 522-0508**
                **Facsimile: (972) 292-7828**
                *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

| | |
|---|---|
| **GENKA POPOV, an individual;** | ) CASE NO: 3:17-cv-02688 |
| | ) |
| **Plaintiff,** | ) |
| | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| | ) |
| **UNIVERSITY PHYSICIANS &** | ) |
| **SURGEONS, INC., LONG TERM** | ) |
| **DISABILITY PLAN, an Employee Welfare** | ) |
| **Benefit Plan; THE NORTHWESTERN** | ) |
| **MUTUAL LIFE INSURANCE** | ) |
| **COMPANY, a Wisconsin Corporation; and** | ) |
| **DOES 1 through 5, inclusive,** | ) |
| | ) |
| **Defendants.** | ) |

I, Mark F. Underwood, counsel for Plaintiff, Genka Popov, hereby certify that I have electronically filed *Plaintiff's Voluntary Dismissal Without Prejudice of All Claims Against Defendants* with the Clerk of the Court using CM/ECF system which will send notification of such filing to all parties and via email to all parties not using CM/ECF:

| | |
|---|---|
| Brian D. Morrison, Esq. | Jacqueline J. Herring, Esq. |
| Bailey & Wyant, PLLC. | Smith Von Schleicher & Associates |
| 500 Virginia St., East, St. 600 | 180 North LaSalle Street, Suite 3130 |
| Charleston, WV 25301 | Chicago, IL 60601 |
| | Jackie.Herring@svs-law.com |

**DATED: 07/11/2017**          **UNDERWOOD LAW OFFICES**

                                                        **By: /s/ Mark F. Underwood**
                                                        **Mark F. Underwood, WVSB #7023**
                                                        **923 Third Avenue**
                                                        **Huntington, WV 25701**
                                                        **Telephone: (304) 522-0508**
                                                        **Facsimile: (972) 292-7828**
                                                        *Counsel for Plaintiff*